# Jim-Mar Consultants Budgets

## Weekly Projections week of July 26th 2010

| | Sales | Cash In | | Cash out | |
|---|---|---|---|---|---|
| | $62,788.00 | $38,788.00 | | Payroll | $23,750.00 |
| | | | | Credit cards | |
| | | | | Automobiles | |
| | | | | Utilities | |
| | | | | Professional fees | |
| | | | | Insurance | $ 5,408.00 |
| | | | | Health Insurance | $ 3,488.27 |
| | | | | Rent | |
| | | | | Bank note | $ 11,428.38 |
| | | | | Workers Comp | |
| | | | | Sales tax | |
| | | | | Advertising | |
| | | | | Office Phone | |
| | | | | Cell Phone | |
| | | | | Office Supplies | |
| | | | | Truck Fuel | $ 750.00 |
| | | | | Propane gas | |
| | | | | Truck repair | |
| | | | | Shop Supplies | $ 1,500.00 |
| | | | | Misc | |
| | | | | Material | $ 7,500.00 |
| | | | | | $ 53,824.65 |