UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                               Chapter 11

JIM-MAR CONSULTANTS INC.                            Case No.

                       Debtor.
------------------------------------------------------------x

### ORDER AUTHORIZING RETENTION OF DEBTOR'S WORKOUT CONSULTANT

        Upon the application of the above-captioned debtor ("Debtor"), requesting authorization to retain Airedale Associates, Ltd. ("AAL") as workout consultant to the Debtor herein, and upon the Affidavit of Disinterest by Ronald E. Corben, and it appearing that AAL represents no interest adverse to the Debtor or its creditors herein, and that its employment is necessary and in the best interests of the estate, and after due deliberation and sufficient cause appearing therefor, it is

        ORDERED, that the Debtor be, and it hereby is, authorized to employ AAL as its workout consultant as of August 2, 2010 with the amount of compensation to be paid by the Debtor to be determined upon appropriate application to the Court pursuant to Sections 330 and 331 of the Bankruptcy Code, any applicable Standing Orders of the United States Bankruptcy Court for the Southern District of New York, and the Guidelines of the Office of the United States Trustee.

NO OBJECTION


_/S/ Stan Y. Yang   1/6/2011__
U.S. Trustee




**Dated: January 6, 2011**                          _____
      **Central Islip, New York**                          **Alan S. Trust**
                                     **United States Bankruptcy Judge**